IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY DPHAX KING, Jr.,<br>Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br>Defendant. | CIVIL ACTION<br>NO. 10-02537 |

## O R D E R

**AND NOW,** this 29th day of October, 2010, upon review of Defendant's Motion to Dismiss [Doc. No. 2] and Plaintiff's Response thereto [Doc. No. 4], and for the reasons set forth in the attached memorandum opinion, it is hereby **ORDERED** that Counts I, II, III, IV, and VI of Plaintiff's complaint are dismissed with prejudice for failure to state a claim on which relief may be granted.  Count V is dismissed without prejudice, and Plaintiff is granted leave to file an amended complaint, naming the proper defendant, with regard to Count V only, within twenty-one (21) days of the date of this Order.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**