**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TONY DPHAX KING, Jr.,** : | | |
| Plaintiff, : | | |
| : | **CIVIL ACTION** | |
| v. : | **NO. 10-02537** | |
| : | | |
| **CITY OF PHILADELPHIA, et al.,** : | | |
| Defendant. : | | |
| : | | |

**O R D E R**

**AND NOW,** this 25th day of January 2012, upon review of Defendant's Motion to Dismiss the Second Amended Complaint [Doc. No. 31] and Plaintiff's Response thereto [Doc. No. 32], and for the reasons set forth in the attached memorandum opinion, it is hereby **ORDERED** the Motion is **DENIED** without prejudice to Defendant's right to raise the statute of limitations defense again, after discovery, in a Motion for Summary Judgment.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**